**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

TONYA L. DANNER

    Debtor(s)

Ronda J. Winnecour
  Chapter 13 Trustee,
    Movant
    vs.
No Respondents.

Case No.:15-20696

Chapter 13

Document No.:

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

1. The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

2. The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

3. Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

4. After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report"). Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

June 26, 2020

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

   1. The case was filed on 03/02/2015 and confirmed on 4/16/15. The case was subsequently Completed After Confirmation

   2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 46,243.26 |
| Less Refunds to Debtor | 666.38 | |
| TOTAL AMOUNT OF PLAN FUND | | 45,576.88 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 4,000.00 | |
|    Trustee Fee | 1,932.64 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 5,932.64 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   PNC BANK NA | 0.00 | 33,773.84 | 0.00 | 33,773.84 |
|     Acct: 8057 | | | | |
|   PNC BANK NA | 5,502.51 | 5,502.51 | 0.00 | 5,502.51 |
|     Acct: 8057 | | | | |
|   OMEGA FEDERAL CREDIT UNION | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: XXXXXXXXILER | | | | |
| | | | | 39,276.35 |
| **Priority** | | | | |
|   SHAWN N WRIGHT ESQ | 4,000.00 | 4,000.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TONYA L. DANNER | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TONYA L. DANNER | 353.00 | 353.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   TONYA L. DANNER | 313.38 | 313.38 | 0.00 | 0.00 |
|     Acct: | | | | |
|   LAW OFFICE OF SHAWN N WRIGHT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
|   CAVALRY SPV I LLC - ASSIGNEE** | 4,904.62 | 169.28 | 0.00 | 169.28 |
|     Acct: 1324 | | | | |
|   CITIBANK NA(*)++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: ? | | | | |
|   QUANTUM3 GROUP LLC AGNT - COMENI | 192.58 | 6.65 | 0.00 | 6.65 |
|     Acct: 6947 | | | | |
|   DISCOVER BANK(*) | 734.87 | 25.37 | 0.00 | 25.37 |
|     Acct: 2795 | | | | |
|   ECMC(*) | 3,357.34 | 115.88 | 0.00 | 115.88 |
|     Acct: 2168 | | | | |
|   ECAST SETTLEMENT CORP | 1,469.32 | 50.71 | 0.00 | 50.71 |
|     Acct: 4661 | | | | |
|   PEOPLES NATURAL GAS CO LLC* | 881.48 | 0.00 | 0.00 | 0.00 |

| Creditor Type | Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|---|
| Unsecured | | | | | |
| | Acct: 5709 | | | | |
| | | | | | 367.89 |
| | | | | | |
| TOTAL PAID TO CREDITORS | | | | | 39,644.24 |

| TOTAL | |
|---|---|
| CLAIMED | 0.00 |
| PRIORITY | 5,502.51 |
| SECURED | 11,540.21 |

Date: 06/26/2020                               /s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>　TONYA L. DANNER<br>　　　　　Debtor(s)<br>　Ronda J. Winnecour<br>　　　　Movant<br>　　　vs.<br>　No Repondents. | Case No.:15-20696<br><br>Chapter 13<br><br>Document No.: |

ORDER OF COURT

　　AND NOW, this _____day of _____, 20\_\_\_\_, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

　　(1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

　　(2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

　　(3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

　　(4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

　　(5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

　　(6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

　　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 15-20696-GLT
Tonya L. Danner                                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: jhel              Page 1 of 1               Date Rcvd: Jun 29, 2020
                              Form ID: pdf900         Total Noticed: 17

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jul 01, 2020.
db          Tonya L. Danner,    107 Orchard Street,    Bairdford, PA  15006
cr         +Peoples Natural Gas Company, LLC,    Attn: Dawn Lindner,    375 North Shore Drive, Suite 600,
             Pittsburgh, PA 15212-5866
14004213   +Citibank,    701 East 60th Street,    Sioux Falls, SD 57104-0493
14050214    ECAST SETTLEMENT CORPORATION, ASSIGNEE,    OF CITIBANK, N.A.,    POB 29262,
             NEW YORK, NY 10087-9262
14333011    ECMC,   PO BOX 16408,    ST. PAUL, MN 55116-0408
14004216   +Omega Federal Credit Union,    206 Siebert Road,    Pittsburgh, PA 15237-3700
14004217    PHEAA,   1200 North Seventh Street,    Harrisburg, PA 17102-1444
14021031   +PHEAA,   PO Box 8147,    Harrisburg, PA 17105-8147
14004218   +PNC Bank,    2730 Liberty Avenue,    Pittsburgh, PA 15222-4747
14075991   +PNC Bank, N.A.,    3232 Newmark Drive,    Miamisburg, OH 45342-5421
14079836   +Peoples Natural Gas Company LLC,    225 North Shore Drive,    Pittsburgh, PA 15212-5860,
             Attn: Dawn Lindner

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14004212     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 30 2020 04:55:46     Capital One,
              PO Box 85520,    Richmond, VA 23285-5075
14055652    +E-mail/Text: bnc@bass-associates.com Jun 30 2020 04:48:39     Cavalry SPV I, LLC,
              c/o Bass & Associates, P.C.,    3936 E. Ft. Lowell Suite 200,    Tucson, AZ 85712-1083
14004214    +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Jun 30 2020 04:49:05     Comenity Bank/Fashion Bug,
              P.O. Box 182789,    Columbus, OH 43218-2789
14004215     E-mail/Text: mrdiscen@discover.com Jun 30 2020 04:48:46     Discover,    P.O. Box 3025,
              New Albany, OH 43054-3025
14010322     E-mail/Text: mrdiscen@discover.com Jun 30 2020 04:48:46     Discover Bank,
              Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
14044736     E-mail/Text: bnc-quantum@quantum3group.com Jun 30 2020 04:49:15
              Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
                                                                                             TOTAL: 6

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr          PNC BANK, NATIONAL ASSOCIATION
cr          PNC Bank, National Association
cr*         ECMC,   P.O. BOX 16408,   ST. PAUL, MN 55116-0408
                                                                                 TOTALS: 2, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 01, 2020                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 26, 2020 at the address(es) listed below:
              Elizabeth Lamont Wassall    on behalf of Creditor   PNC Bank, National Association pabk@logs.com,
               ewassall@logs.com
              James Warmbrodt     on behalf of Creditor    PNC BANK, NATIONAL ASSOCIATION bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour     cmecf@chapter13trusteewdpa.com
              S. James Wallace     on behalf of Creditor   Peoples Natural Gas Company, LLC sjw@sjwpgh.com,
               srk@sjwpgh.com;PNGbankruptcy@peoples-gas.com
              Shawn N. Wright     on behalf of Debtor Tonya L. Danner shawn@shawnwrightlaw.com,
               wrightshawn@hotmail.com;wrightshawn49@gmail.com;wrightshawnecf@gmail.com;molly@shawnwrightlaw.com
              Stuart P. Winneg     on behalf of Creditor   PNC BANK, NATIONAL ASSOCIATION swinneg@udren.com,
               cblack@udren.com
                                                                                             TOTAL: 7